IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>KENNETH CHARLES POSTON, III,<br><br>       Defendant. | 4:14-CR-3121<br><br>FINAL ORDER OF FORFEITURE |

This matter is before the Court on the plaintiff's Amended Motion for Final Order of Forfeiture (filing 57).

On April 15, 2015, the Court entered a Preliminary Order of Forfeiture (filing 43) pursuant to 18 U.S.C. § 2253, based upon the defendant's plea of guilty to knowing possession of a visual depiction of a minor engaging in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(4)(B), and his admission of the forfeiture allegation contained in the operative indictment. Filings 25 and 29. By way of the Preliminary Order of Forfeiture, the defendant's interest in a Seagate Momentus 5400.6 hard drive Serial #6VEX634H, a Black Custom Computer tower, and an Intel SSD was forfeited to the United States. Filing 43.

As directed by the order, a Notice of Criminal Forfeiture was posted beginning on April 15, 2015, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 55) was filed on June 30, 2015. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

IT IS ORDERED:

1.  The plaintiff's Amended Motion for Final Order of Forfeiture (filing 57) is granted.

2.  All right, title, and interest in and to the Seagate Momentus 5400.6 hard drive Serial #6VEX634H, Black Custom Computer tower, and Intel SSD held by any person or entity are forever barred and foreclosed.

- 2 -

3. The property is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the property in accordance with law.

5. The plaintiff's Motion for Final Order of Forfeiture (filing 56) is denied as moot.

Dated this 30th day of June, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge