IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:14CR3121 |
| vs. | |
| KENNETH CHARLES POSTON, III, | ORDER |
| Defendant. | |

Defendant's initial appearance on the supervised release petition was scheduled to be held by videoconference. At the outset of the conference, he spoke privately with his appointed counsel who then advised the court that he was unwilling to appear by video.

The undersigned magistrate judge advised him of his right to remain silent and his right to counsel, and further advised him that he would be transported to Nebraska for his initial appearance, with the timing of that transport and hearing currently unknown to the court.

Accordingly,

IT IS ORDERED:

1)   The Marshal shall transport the defendant to personally appear for his initial appearance in Nebraska.

2)   The Marshal shall promptly notify the court when defendant arrives in Nebraska.

3)   The clerk shall forward this order to the Marshal.

Dated this 28th day of December, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge